## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WADE A. ROBERTSON** | : |
| Plaintiff/Counter-Defendant, | : |
| v. | : Case No.:   1:09-cv-01642 (ESH) |
| **WILLIAM C. CARTINHOUR, JR.,** | : |
| Defendant/Counter-Plaintiff. | : |

### MOTION FOR ORDER RELEASING FUNDS
### FROM THE REGISTRY OF THE COURT

COMES NOW, the Defendant/Counter-Plaintiff and Judgment Creditor, William C. Cartinhour, Jr. ("Cartinhour"), by counsel, and moves this Court to issue an order releasing money from the Registry of the Court which is subject to the equitable trust declared in the Court's Order of February 25, 2011 and in support thereof offers the attached Memorandum of Points and Authorities which is incorporated herein by reference as if repeated verbatim.

Wherefore, William C. Cartinhour, Jr. moves this Honorable Court to:

    A.    Order a Release of funds from the Registry of the Court to Cartinhour; and

    B.    Grant such other and further relief as is just and proper.

Respectfully submitted,

*/s/ Patrick J. Kearney*
Robert S. Selzer, Esquire (#942342)
Patrick J. Kearney, Esquire(#382290)
Michael J. Bramnick, Esquire (# 500756)
Selzer Gurvitch Rabin Wertheimer Polott Obecny & Strickland, PC
4416 East West Highway, Suite 400
Bethesda, Maryland 20814-4568
(301) 986-9600
Email: rselzer@sgrwlaw.com
pkearney@sgrw.law.com
mbramnick@sgrwlaw.com
*Attorneys for Defendant/Counter-Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via ECF this 26th of April, 2011 upon:

Wade A. Robertson

*/s/ Patrick J. Kearney*
Patrick J. Kearney