# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WADE A. ROBERTSON** | : |
| Plaintiff/Counter-Defendant, | : |
| v. | : Case No.: 1:09-cv-01642 (ESH) |
| **WILLIAM C. CARTINHOUR, JR.,** | : |
| Defendant/Counter-Plaintiff. | : |

### AFFIDAVIT OF WILLIAM C. CARTINHOUR, JR.

I, William C. Cartinhour Jr., having been duly sworn, state and testify as follows:

1. I am eighty three (83) years old.

2. I reside in Rockville Maryland.

3. I have personal knowledge of the facts and matters set forth in this Affidavit and I am competent to testify to the matters set forth herein with personal knowledge.

4. I am aware that the Honorable Ellen Segal Huvelle has stated concerns that a conservator should be appointed to control any funds that I might receive as a result of the judgment entered in my favor in this case including, but not limited to, the funds that are currently held in the Registry of the Court which might be released to me.

5. I have consulted with my attorney, Patrick J. Kearney, about whether I believe a guardian should be appointed to manage my financial affairs or whether I should create a self-settled trust with an independent trustee. I decline either option because I am capable of managing my own financial affairs.

6. I do not wish to have a conservator or guardian appointed to manage my financial affairs because my experience is that trustees, who exercise similar authority to a guardian, generally invest in the most conservative investment tools. This leaves them investing in

dangerously conservative instruments in times of economic turmoil that could result in dramatic discounts of the money invested.

7. Although I had a horrible experience in investing through Mr. Robertson, I have generally been successful as an investor when I stick with trading stocks traded on the recognized exchanges. The returns I garner are higher than those for the small trust for which I am a beneficiary. I have a strong record of positive returns during dramatic market declines and, therefore, I believe that I am the best person to manage my own money.

_____
William C. Cartinhour, Jr.

**STATE OF MARYLAND**           )
                                ) ss:
**COUNTY OF MONTGOMERY**        )

This is to certify that on the ___15th___ day of ___March___, 2011, personally appeared before me, the subscriber, a Notary Public in and for the jurisdiction aforesaid, William C. Cartinhour, Jr., and made oath in due form of law that he executed the foregoing Affidavit and as his true act and deed.

_____
Notary Public

[Notarial Seal]

CHRISTINE A. EVANS
Notary Public
Montgomery County, Maryland
My Commission Expires January 10, 2014

My Commission Expires:

2