### IN THE UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF COLUMBIA

WADE ROBERTSON,

      Plaintiff / Counter-Defendant,

vs.

WILLIAM C. CARTINHOUR, JR.,

      Defendant / Counter-Plaintiff

---------------------------------------------------------

Civil Action No. **1:09-cv-01642** (ABJ)*

\* (previously, ESH)

----------------------------------------------------------------

## PLAINTIFF WADE ROBERTSON'S REQUEST FOR
## JUDICIAL NOTICE *AS TO MARYLAND PROBATE RECORDS*
## IN SUPPORT OF HIS SUPPLEMENTAL BRIEF [DKT #250], AND IN
## FURTHER SUPPORT OF HIS OPPOSITION TO THE MOTION TO
## SUBSTITUTE PARTY AND RENEW JUDGMENT [DKT #244]

WADE ROBERTSON [1]
P.O. Box 20185
Stanford, CA.  94309
Phone: (866) 845-6003
Email: *lawfirm@onebox.com*
*Plaintiff Pro Se* [2]

---

[1] *See* Minute Order, Docket at 03/22/2011

COMES NOW Plaintiff Wade Robertson, appearing *pro se* (*see* Minute Order, Docket at 03/22/2011), and pursuant to Federal Rule of Evidence 201 and the authorities cited below respectfully requests that the Court take judicial notice of each of the following items and documents from the Maryland court probate case docketed as case No. W106725, for the decedent "William C. Cartinhour, Jr.," with a date of death recorded as 3/29/2021, in connection with Robertson's Supplemental Memorandum [Dkt. #250] and Robertson's Opposition [Dkt. #245]. Judicial notice is requested for the following record items of that Maryland probate case:

(i) the case docket sheet itself, as of the close of business on February 13, 2024; and,

(ii) the following documents filed in that probate case which were docketed electronically:

| Filed On | Docket# | Description | # of Page(s) |
|---|---|---|---|
| 03/22/2022 | 9 | SMALL ESTATE PETITION FOR ADMINISTRATION | 3 |
| 03/22/2022 | 11 | LIST OF INTERESTED PERSONS (3 ) | 1 |
| 03/22/2022 | 12 | INFORMATION REPORT | 2 |
| 03/22/2022 | 14 | REGISTER OF WILLS' MEMORANDUM - INCOMPLETE FILING - NO PERSONAL REPRESENTATIVE APPOINTED | 1 |
| 04/13/2022 | 17 | LIST OF INTERESTED PERSONS (8 ) | 3 |
| 4/14/2022 | 19 | NOTICE OF APPOINTMENT, NOTICE TO CREDITORS, NOTICE TO UNKNOWN HEIRS | 1 |
| 08/12/2022 | 25 | INFORMATION REPORT | 2 |
| 08/12/2022 | 26 | INVENTORY | 9 |
| 08/22/2022 | 28 | AFFIDAVIT OF ATTEMPTS TO CONTACT, LOCATE, AND IDENTIFY INTERESTED PERSONS | 1 |
| 10/04/2022 | 32 | INVENTORY STATUS | 1 |
| 02/08/2023 | 34 | FIRST ACCOUNT | 11 |
| 03/07/2023 | 35 | ORDER OF COURT APPROVING FIRST INTERIM ACCOUNT DATED 3/6/23 (JUDGE AYRES) | 1 |
| 10/02/2023 | 38 | SECOND ACCOUNT | 11 |
| 10/23/2023 | 39 | ORDER OF COURT APPROVING SECOND INTERIM ACCOUNT DATED 10/23/23 (JUDGE STORM ) | 1 |

True copies of each of these items is attached hereto below, preceded by an "Index of

Items."  The docket sheet and all of these records are available online from the Maryland Office

of the Register of Wills (the documents require payment of a monetary fee to the Clerk, which

was paid). The internet URL address is: https://registers.maryland.gov/main/search.html  .

A district court may take judicial notice of facts that are "not subject to reasonable

dispute in that [they are] either (1) generally known within the territorial jurisdiction of the trial

court or (2) capable of accurate and ready determination by resort to sources whose accuracy

cannot reasonably be questioned." Fed. R. Evid. 201(b). Under this rule, it is well established

that a court may take judicial notice of matters of public record. *See Bebchick v. Washington

Metro. Area Transit Comm'n*, 485 F.2d 858, 880 (D.C. Cir. 1973) ("matters of public record . . .

[are] well within the range of judicial notice).

All of the items attached below (the case docket sheet, and the electronically docketed

records) are matters of public record. This Court has "frequently taken judicial notice of

information posted on official public websites of government agencies." *Pharm. Research &

Manufacturers of Am. v. United States Dep't of Health & Human Servs.*, 43 F. Supp. 3d 28, 33

(D.D.C. 2014) (citing *Cannon v. District of Columbia*, 717 F.3d 200, 205 fn. 2 (D.C. Cir. 2013)).

In addition, the attached Maryland case docket sheet and the items of record as entered on

that docket are court records, and courts may take judicial notice of court records that are

available to the public online. *Lynch v. Leis*, 382 F.3d 642, 648, fn.5 (6th Cir. 2004)

For these reasons, Wade Robertson respectfully requests that the Court take judicial

notice of the attached Maryland probate court docket, and the attached records of that probate

case that were electronically docketed therein.

Respectfully submitted,            /s/  Wade Robertson_____
Dated: February 14, 2024           Wade Robertson

**<u>DECLARATION OF WADE ROBERTSON IN SUPPORT OF</u>**

**<u>REQUEST FOR JUDICIAL NOTICE</u>**

**<u>(authentication of attached records)</u>**

I, Wade Robertson, declare as follows:

**1**.      I am greater than 18 years of age, am competent to testify, and I have personal knowledge of the facts set forth herein.

**2**.      I personally retrieved all of the items attached below, including the Maryland case docket sheet, and each of the documents appearing as docketed items of record in that case, and true and correct copies are attached hereto below.  I retrieved these items from the internet portal of the Maryland Office of the Register of Wills, located at

<u>https://registers.maryland.gov/main/search.html</u>.

The electronic retrieval of the individually docketed documents required a payment of a monetary fee to the Maryland court Clerk's office, which I paid electronically through that court's internet website.

///

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 14, 2024            By:      <u>/s/ Wade Robertson_</u>

                                                                   Wade Robertson

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing with any exhibits thereto has been electronically filed through the court's ECF system and served by ECF service upon the parties and nonparties indicated below, this day of February 14, 2024, as follows:

<u>**By ECF**</u>:

**Christopher Macchiaroli** (Bar No. 491825)
Silverman, Thompson, Slutkin & White LLC
1750 K Street, NW, Suite 810
Washington, DC 20006
(202) 539-2444
cmacchiaroli@silvermanthompson.com
*Counsel for the Estate of William C. Cartinhour, Jr., through its Personal Representative Frederick E. Edwords*

---

**Patrick John Kearney**
SELZER GURVITCH RABIN &
OBECNY, CHARTERED
4416 East West Highway
Suite 400
Bethesda, MD 20814-4568
(301) 986-9600
Email: pkearney@sgrwlaw.com
*Counsel for William C. Cartinhour, Jr.*

**Michael J. Bramnick**
SELZER GURVITCH RABIN &
OBECNY, CHARTERED
(see above for address)
Email: mbramnick@sgrwlaw.com
*Counsel for William C. Cartinhour, Jr.*

**Robert S. Selzer**
SELZER GURVITCH RABIN &
OBECNY, CHARTERED
(see above for address)
Email: rselzer@sgrwlaw.com
*Counsel for William C. Cartinhour, Jr.*

/s/  Wade Robertson_____
Wade Robertson

Certificate of Service

# INDEX OF ITEMS
## (For Judicial Notice)

MARYLAND REGISTER OF WILLS
Document Request
**Estate Number: W106725**
County: MONTGOMERY COUNTY
Decedent: WILLIAM C CARTINHOUR JR
Date of Death: 3/29/2021

| Filed On | Docket# | Code | Description | # of Page(s) |
|----------|---------|------|-------------|--------------|
| - - - | - - - | - - - | **DOCKET SHEET** (as of 2/12/2024) | 2 |
| 03/22/2022 | 9 | 1103 | SMALL ESTATE PETITION FOR ADMINISTRATION | 3 |
| 03/22/2022 | 11 | 1104 | LIST OF INTERESTED PERSONS (3 ) | 1 |
| 03/22/2022 | 12 | 1124 | INFORMATION REPORT | 2 |
| 03/22/2022 | 14 | 1274 | REGISTER OF WILLS' MEMORANDUM - INCOMPLETE FILING - NO PERSONAL REPRESENTATIVE APPOINTED | 1 |
| 04/13/2022 | 17 | 1104 | LIST OF INTERESTED PERSONS (8 ) | 3 |
| 4/14/2022 | 19 | 1114 | NOTICE OF APPOINTMENT, NOTICE TO CREDITORS, NOTICE TO UNKNOWN HEIRS | 1 |
| 08/12/2022 | 25 | 1124 | INFORMATION REPORT | 2 |
| 08/12/2022 | 26 | 1122 | INVENTORY | 9 |
| 08/22/2022 | 28 | 1151 | AFFIDAVIT OF ATTEMPTS TO CONTACT, LOCATE, AND IDENTIFY INTERESTED PERSONS | 1 |
| 10/04/2022 | 32 | 2001 | INVENTORY STATUS | 1 |
| 02/08/2023 | 34 | 1383 | FIRST ACCOUNT | 11 |
| 03/07/2023 | 35 | 1396 | ORDER OF COURT APPROVING FIRST INTERIM ACCOUNT DATED 3/6/23 (JUDGE AYRES) | 1 |
| 10/02/2023 | 38 | 1383 | SECOND ACCOUNT | 11 |
| 10/23/2023 | 39 | 1396 | ORDER OF COURT APPROVING SECOND INTERIM ACCOUNT DATED 10/23/23 (JUDGE STORM ) | 1 |

✳ ✳ ✳

MARYLAND REGISTER OF WILLS
Document Request
**Estate Number: W106725**
County: MONTGOMERY COUNTY
Decedent: WILLIAM C CARTINHOUR JR
Date of Death: 3/29/2021

| **DOCKET SHEET AS OF FEBRUARY 13, 2024** |
| --- |

# [Docket Sheet]

✳ ✳ ✳



# THE OFFICE OF THE
# REGISTER OF WILLS



| ESTATE | CLAIM |
|--------|-------|

## Estate Record (Montgomery County)

| | | | |
|---|---|---|---|
| Estate Number: | **W106725** | Type: | **RE** |
| Status: | **OPEN** | Date Opened: | **05/14/2021** |
| Date Closed: | | Reference: | |
| Decedent Name: | **WILLIAM C CARTINHOUR JR** | | |
| Date of Death: | **3/29/2021** | Date of Filing: | **05/14/2021** |
| Will: | **PROBATED** | Date of Will: | **07/28/2015** |
| Date of Probate: | **04/14/2022** | | |
| Aliases: | **WILLIAM CARL CARTINHOUR JR** | | |
| Personal Reps: | **FREDERICK E EDWORDS** [7842 JACOBS DR., GREENBELT, MD 20770] | | |
| Attorney: | **VICTOR A LEMBO** [658 KENILWORTH DRIVE, #203, TOWSON, MD 21204] | | |

**NOTE: Certified Copies can be requested by contacting the Montgomery County Register of Wills Office.**

## Docket History

Deselect All    Select All

| Filed On | Docket# | Code | Description | Page(s) | Request Copy? |
|----------|---------|------|-------------|---------|---------------|
| 05/14/2021 | 1 | 1423 | PRIOR PURPORTED WILL DATED JUNE 29, 2011 - SEE LATER WILL | 22 | ☐ |
| 05/18/2021 | 2 | 1278 | ACKNOWLEDGEMENT OF RECEIPT OR DELIVERY OF SCHEDULE OF MANDATORY FILING DEADLINES, FORMS AND INSTRUCTIONS | 1 | ☐ |
| 07/12/2021 | 3 | 1128 | CLAIM AGAINST DECEDENT'S ESTATE - ORIGINALLY FILED ON 07/12/2021 BY BROOKE GROVE REHAB FOR $750.60 | 3 | ☐ |
| 07/23/2021 | 4 | 1423 | PRIOR PURPORTED WILL DATED JULY 17, 2014 - SEE LATER WILL | 11 | ☐ |
| 07/23/2021 | 5 | 1424 | PURPORTED LAST WILL AND TESTAMENT DATED JULY 28, 2015 | 9 | ☐ |
| 07/23/2021 | 6 | 1244 | DECLINATION OF PNC BANK, N.A. (APPOINTED PERSONAL REPRESENTATIVE UNDER LAST WILL AND TESTAMENT DATED JULY 28, 2015) | 1 | ☐ |
| 08/30/2021 | 7 | 1223 | SATISFACTION OF CLAIM - BROOKE GROVE | 1 | ☐ |
| 03/14/2022 | 8 | 1106 | APPOINTMENT OF RESIDENT AGENT(S) | 1 | ☐ |
| 03/22/2022 | 9 | 1103 | SMALL ESTATE PETITION FOR ADMINISTRATION | 3 | ☐ |
| 03/22/2022 | 10 | 1106 | APPOINTMENT OF RESIDENT AGENT(S) | 1 | ☐ |
| 03/22/2022 | 11 | 1104 | LIST OF INTERESTED PERSONS (3 ) | 1 | ☐ |
| 03/22/2022 | 12 | 1124 | INFORMATION REPORT | 2 | ☐ |

| 03/22/2022 | 13 | 1331 | LINE | 4 | ☐ |
|---|---|---|---|---|---|
| 03/22/2022 | 14 | 1274 | REGISTER OF WILLS' MEMORANDUM - INCOMPLETE FILING - NO PERSONAL REPRESENTATIVE APPOINTED | 1 | ☐ |
| 04/13/2022 | 15 | 1112 | REGULAR ESTATE PETITION FOR PROBATE | 3 | ☐ |
| 04/13/2022 | 16 | 1118 | CONSENT TO APPOINTMENT OF PERSONAL REPRESENTATIVE | 5 | ☐ |
| 04/13/2022 | 17 | 1104 | LIST OF INTERESTED PERSONS (8 ) | 3 | ☐ |
| 04/13/2022 | 18 | 1115 | BOND OF PERSONAL REPRESENTATIVE | 2 | ☐ |
| 04/14/2022 | 19 | 1114 | NOTICE OF APPOINTMENT, NOTICE TO CREDITORS, NOTICE TO UNKNOWN HEIRS | 1 | ☐ |
| 04/14/2022 | 20 | 1119 | ADMINISTRATIVE PROBATE ORDER | 1 | ☐ |
| 04/14/2022 | 21 | 1278 | ACKNOWLEDGEMENT OF RECEIPT OR DELIVERY OF SCHEDULE OF MANDATORY FILING DEADLINES, FORMS AND INSTRUCTIONS | 2 | ☐ |
| 05/04/2022 | 22 | 1380 | REGISTER OF WILLS CERTIFICATE OF SERVICE OF NOTICE OF APPOINTMENT (REGULAR ESTATE) | 5 | ☐ |
| 06/23/2022 | 23 | 1256 | REGISTER OF WILLS' REQUEST TO FILE UPDATED LIST OF INTERESTED PERSONS | 2 | ☐ |
| 07/18/2022 | 24 | 1228 | LETTER FOR EXTENSION OF TIME FOR FILING INVENTORY UNTIL 8/14/22 | 2 | ☐ |
| 08/12/2022 | 25 | 1124 | INFORMATION REPORT | 2 | ☐ |
| 08/12/2022 | 26 | 1122 | INVENTORY | 9 | ☐ |
| 08/18/2022 | 27 | 1356 | NON-PROBATE INHERITANCE TAX ADVICE: NO INHERITANCE TAX DUE | 1 | ☐ |
| 08/22/2022 | 28 | 1151 | AFFIDAVIT OF ATTEMPTS TO CONTACT, LOCATE, AND IDENTIFY INTERESTED PERSONS | 1 | ☐ |
| 09/01/2022 | 29 | 1128 | CLAIM AGAINST DECEDENT'S ESTATE - ORIGINALLY FILED ON 09/01/2022 BY THE GREATER OLNEY NEWS FOR $163.00 | 1 | ☐ |
| 09/19/2022 | 30 | 1223 | SATISFACTION OF CLAIM - THE GREATER OLNEY NEWS | 1 | ☐ |
| 09/19/2022 | 31 | 1378 | CERTIFICATE OF PUBLICATION (REGULAR ESTATE) | 1 | ☐ |
| 10/04/2022 | 32 | 2001 | INVENTORY STATUS | 1 | ☐ |
| 01/09/2023 | 33 | 1228 | LETTER FOR EXTENSION OF TIME FOR FILING FIRST ACCOUNT UNTIL 2/14/23 | 2 | ☐ |
| 02/08/2023 | 34 | 1383 | FIRST ACCOUNT | 11 | ☐ |
| 03/07/2023 | 35 | 1396 | ORDER OF COURT APPROVING FIRST INTERIM ACCOUNT DATED 3/6/23 ( JUDGE AYRES ) | 1 | ☐ |
| 03/07/2023 | 36 | 1272 | CERTIFICATE OF SERVICE OF REGISTER OF WILLS | 2 | ☐ |
| 09/08/2023 | 37 | 1228 | LETTER FOR EXTENSION OF TIME FOR FILING ACCOUNT UNTIL 10/7/23 | 2 | ☐ |
| 10/02/2023 | 38 | 1383 | SECOND ACCOUNT | 11 | ☐ |
| 10/23/2023 | 39 | 1396 | ORDER OF COURT APPROVING SECOND INTERIM ACCOUNT DATED 10/23/23 ( JUDGE STORM ) | 1 | ☐ |
| 10/23/2023 | 40 | 1272 | CERTIFICATE OF SERVICE OF REGISTER OF WILLS | 2 | ☐ |

✳ ✳ ✳

MARYLAND REGISTER OF WILLS
Document Request
**Estate Number: W106725**
County: MONTGOMERY COUNTY
Decedent: WILLIAM C CARTINHOUR JR
Date of Death: 3/29/2021

| Filed On | Docket# | Code | Description | Page(s) |
|---|---|---|---|---|
| 03/22/2022 | 9 | 1103 | SMALL ESTATE PETITION FOR ADMINISTRATION | 3 |

# [Docket # 9]

✳ ✳ ✳

## IN THE ORPHANS' COURT FOR
### (OR)
## BEFORE THE REGISTER OF WILLS FOR

Montgomery County    ☑ **MARYLAND**

IN THE ESTATE OF:

William C. Cartinhour, Jr.

*REGISTER OF WILLS
Received
MAR 2 2 2022
MONTGOMERY CO.*

ESTATE NO. 00000W106725

FOR:

☐ **REGULAR ESTATE**
**PETITION FOR ADMINISTRATION**
Estate value in excess of $50,000.
(If spouse is sole heir or legatee, $100,000.)
Values for DOD before October 1, 2012 are
$30,000 and $50,000 if spouse is the sole
legatee or heir.
Complete and attach **Schedule A**.

☑ **SMALL ESTATE**
**PETITION FOR ADMINISTRATION**
Estate value of $50,000 or less.
(If spouse is sole heir or legatee, $100,000.)
Values for DOD before October 1, 2012 are
$30,000 and $50,000 if spouse is the sole
legatee or heir.
Complete and attach **Schedule B**.

☐ **WILL OF NO ESTATE**
**Complete items 2 and 9**

☐ **LIMITED ORDERS**
**Complete item 2  and
attach Schedule C**

**NOTE:** For the purpose of computing whether an estate qualifies as a small estate, value is
determined by the fair market value of property less debts of record secured by the property as
of the date of death, to the extent that insurance benefits are not payable to the lien holder or
secured party for the secured debt. See Code, Estates and Trusts Article, §5-601 (d).

The Petition of:

| Name | Address |
|---|---|
| Ty Clevenger | 212 S. Oxford Street, Apt. 7D |
| | Brooklyn, New York 11217 |
| Name | Address |
| Name | Address |

Each of us states:

1. I am (a) at least 18 years of age and either a citizen of the United States or a permanent resident of the United States
   who is the spouse of the decedent, an ancestor of the decedent, a descendant of the decedent, or a sibling of the
   decedent or (b) a trust company or any other corporation authorized by law to act as a personal representative.

2. The Decedent, William C. Cartinhour, Jr.                                          , was
   domiciled in   Sandy Spring   , State of     Maryland     and died on the  29th  day of      March      ,
              (County)
   2021   , at  18131 Slade School Rd, Sandy Spring, MD 20860
                                          (place of death)

3. If the decedent was not domiciled in this county at the time of death, this is the proper office in which to file this
   petition because: _____

4. I am entitled to priority of appointment as personal representative of the decedent's estate pursuant to §5-104 of the
   Estates and Trusts Article, Annotated Code of Maryland because: I am a person having a pecuniary interest in the
   proper administration of the estate of Mr. Cartinhour per § 5-104(11).

5. I am mentally competent.

6. I am not a disqualified person because of feloniously and intentionally killing, conspiring to kill, or procuring the killing of
   the decedent.

Regular Estate - RW1112      Page 1 of 2 with Schedule A (RW1136)
Small Estate - RW1103       Page 1 of 2 with Schedule B (RW1137)
Will of No Estate - RW1135   Page 1 of 2
Limited Order - RW1147      Page 1 of 2 with Schedule C (RW1148)
Rev. 01/01/2016

ROWNET
PDF

7. (Check one of the following boxes)

☑ I have not been convicted of fraud, extortion, embezzlement, forgery, perjury, theft or any other serious crime that reflects adversely on my honesty, trustworthiness, or fitness to perform the duties of a personal representative or

☐ I was convicted of such a crime, namely _____ , in _____ ,
but the following good cause exists for me to be appointed as personal representative                          (year)

_____
_____

8. I am not excluded otherwise by law from serving as a personal representative.

9. I have made a diligent search for the decedent's will and to the best of my knowledge:

☐ none exists; or

☑ the will dated _____ (including codicils, if any, dated _____ )

accompanying this petition is the last will and it came into my hands in the following manner:
All known versions of Mr. Cartinhour's will can be found as docket numbers 1, 4, and 5. The witnesses below
are named in the will found at docket number 5.

and the names and last known addresses of the witnesses are:

Kelly McElhattan Pavlov                    1689 Brice Court, Crofton, MD 21114

Kathleen Betancourt                        600 Midland Road, Silver Spring, MD 20904

_____

10. Other proceedings, known to petitioner, regarding the decedent or the estate are as follows:
Ty Clevenger v. Dean G. Yuzek, et al., Index No. 518372/2017, Supreme Court of Kings County, New York,
pending on appeal as Case No. 2018 - 09977, N.Y. Supreme Court Appellate Division, Second Department

11. If appointed, I accept the duties of the office of personal representative and consent to personal jurisdiction in any action brought in this State against me as personal representative or arising out of the duties of the office of personal representative.

**WHEREFORE,** I request appointment as personal representative of the decedent's estate and the following relief as indicated:

☐ that the will and codicils, if any, be admitted to administrative probate;

☑ that the will and codicils, if any, be admitted to judicial probate;

☐ that the will and codicils, if any, be filed only;

☐ that only a limited order be issued;

☑ that the following additional relief be granted: For the reasons set forth in the attached Line, I recommend
that someone other than myself be appointed as personal representative of the estate.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information and belief.

| | |
|---|---|
| _____ | _____   2/14/2022 |
| Attorney | Petitioner  Ty Clevenger                          Date |
| _____ | _____ |
| Address | Petitioner                                       Date |
| _____ | _____ |
| Address | Petitioner                                       Date |
| _____ | 979-985-5289 |
| Telephone Number | Telephone Number (optional) |
| _____ | |
| Facsimile Number | |
| _____ | |
| Email Address | |

| | |
|---|---|
| Regular Estate - RW1112 | Page 2 of 2 with Schedule A (RW1136) |
| Small Estate - RW1103 | Page 2 of 2 with Schedule B (RW1137) |
| Will of No Estate - RW1135 | Page 2 of 2 |
| Limited Order - RW1147 | Page 2 of 2 with Schedule C (RW1148) |
| Rev. 01/01/2016 | |

**IN THE ORPHANS' COURT FOR**
*(OR)*
**BEFORE THE REGISTER OF WILLS FOR**

Montgomery County      ☑ **MARYLAND**

IN THE ESTATE OF:
William C. Cartinhour, Jr.

ESTATE NO. 00000W106725

# SCHEDULE - B
### Small Estate - Assets and Debts of the Decedent

1.  I have made a diligent search to discover all property and debts of the decedent and set forth below are:

    (a) A listing of all real and personal property owned by the decedent, individually or as tenant in common, and of any other property to which the decedent or estate would be entitled, including descriptions, values, and how the values were determined:

    I do not know any of the real or personal property belonging to Mr. Cartinhour. At the time of his death, his property was under the control of attorney Robert McCarthy, P.O. Box 151756, Chevy Chase, MD 20825. Mr. McCarthy was appointed the guardian of Mr. Cartinhour's property in In the Matter of William Cartinhour, Case No. 137538FL, Montgomery County Circuit Court.

    (b) A listing of all creditors and claimants and the amounts claimed, including secured, contingent and disputed claims:
    In my lawsuit against Mr. Cartinhour, I believe my claims against his estate are worth in excess of $5 million.

2.  Allowable funeral expenses are  unknown                        ;   statutory family allowances are
    _____unknown_____ ;   and expenses of administration claimed are  _____unknown_____ .
3.  Attached is a List of Interested Persons.
4.  After the time for filing claims has expired, subject to the statutory order of priorities, and subject to the resolution of disputed claims by the parties or the court, I shall (a) pay all proper claims made pursuant to Code, Estates and Trusts Article, §8-104 in the order of priority set forth in Code, Estates and Trusts Article, §8-105, expenses, and allowances not previously paid; (b) if necessary, sell property of the estate in order to do so; and (c) distribute the remaining assets of the estate in accordance with the will or, if none, with the intestacy laws of this State.

    I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information and belief.

| | |
|---|---|
| _____ | _____  2/14/2022 |
| Attorney | Petitioner  Ty Clevenger          Date |
| _____ | _____ |
| Address | Petitioner          Date |
| _____ | _____ |
| Address | Petitioner          Date |
| _____ | 979-985-5289 |
| Telephone Number | Telephone Number (optional) |
| _____ | |
| Facsimile Number | |
| _____ | |
| Email Address | |

**RW1137**
Rev. 01/01/2016

ROWNET
PDF

✻ ✻ ✻

MARYLAND REGISTER OF WILLS
Document Request
**Estate Number: W106725**
County: MONTGOMERY COUNTY
Decedent: WILLIAM C CARTINHOUR JR
Date of Death: 3/29/2021

| Filed On | Docket# | Code | Description | Page(s) |
|---|---|---|---|---|
| 03/22/2022 | 11 | 1104 | LIST OF INTERESTED PERSONS (3 ) | 1 |

# [Docket # 11]

✻ ✻ ✻

**IN THE ORPHANS' COURT FOR**

*(OR)*

**BEFORE THE REGISTER OF WILLS FOR** Montgomery County ▾ **, MARYLAND**

IN THE ESTATE OF:
William C. Cartinhour, Jr.

ESTATE NO. 00000W106725

# LIST OF INTERESTED PERSONS

| Name (and age if under 18 years) | Last Known Address including Zip Code | Specify: Heir/Legatee/ Personal Representative | Relationship to Decedent |
|---|---|---|---|
| American Humanist Foundation | 1821 Jefferson Place, NW Washington, DC 20036 | 2015 Legatee | |
| Vesna Kustdic | Alexandria, Virginia | 2014/2015 Legatee | |
| Robert McCarthy | P.O. Box 151756 Chevy Chase, MD 20825 | Custodian of Property | Guardian |
| Sandra Thurmond | 2322 Haven Crest Drive Chattanooga, TN 37421-2836 | 2011 Legatee | |
| William C. Cartinhour Jr. Revocable Trust | Address Unknown | 2011 Residual Benificary | |

I solemnly affirm under the penalties of perjury that the contents of the foregoing list of interested persons are true to the best of my knowledge, information, and belief.

| | | |
|---|---|---|
| _____ Attorney | _____ Petitioner/Personal Representative Ty Clevenger | _____ Date |
| _____ Address | _____ Petitioner/Personal Representative | _____ Date |
| _____ Telephone Number | _____ Petitioner/Personal Representative | _____ Date |
| _____ Facsimile Number | | |
| _____ Email Address | | |

## Instructions:

1. Interested persons include decedent's heirs (surviving spouse, children, and other persons who would inherit if there were no will) and, if decedent died with a will, the personal representative named in the will and all legatees (persons who inherit under the will). All heirs must be listed even if decedent dies with a will.

2. This list must be filed (a) within 20 days after appointment of a personal representative under administrative probate or (b) at the time of filing a Petition for Judicial Probate or a Petition for Administration of a Small Estate.

RW1104    ROWNET 1/1/2016 PDF



✳ ✳ ✳

MARYLAND REGISTER OF WILLS
Document Request
**Estate Number: W106725**
County: MONTGOMERY COUNTY
Decedent: WILLIAM C CARTINHOUR JR
Date of Death: 3/29/2021

| Filed On | Docket# | Code | Description | Page(s) |
|---|---|---|---|---|
| 03/22/2022 | 12 | 1124 | INFORMATION REPORT | 2 |

# [Docket # 12]

✳ ✳ ✳

**IN THE ORPHANS' COURT FOR**

*(OR)*

**BEFORE THE REGISTER OF WILLS FOR**      Montgomery County   ▾ **, MARYLAND**

IN THE ESTATE OF:

William C. Cartinhour, Jr.

Received

MAR 2 2 2022

ESTATE NO. 00000W106725

DATE OF DEATH March 29, 2021

☑ **WITH**     ☐ **WITHOUT WILL**

# INFORMATION REPORT

1.a. At the time of death did the decedent have any interest as a joint owner (other than with a person exempted from inheritance tax by Code, Tax General Article, §7-203) in any real or leasehold property located in Maryland or any personal property, including accounts in a credit union, bank, or other financial institution?

☐ No     ☑ Yes     **If yes, give the following information as to all such jointly owned property:**

| Name, Address, and Relationship of Joint Owner | Nature of Property | Total Value of Property |
|---|---|---|
| Robert McCarthy, Guardian of the Property of Decedent | Unknown | Unknown |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

1.b. At the time of death did the decedent have any interest in any real or leasehold property located outside of Maryland either in the decedent's own name or as a tenant in common?

☑ No     ☐ Yes     **If yes, give the following information as to such property:**

Unknown

**Address, and Nature of Property**

Unknown

**Case Number, Names, and Location of Court Where Any Court Proceeding Has Been Initiated With Reference to the Property**





**ESTATE OF:** William C. Cartinhour, Jr. _____   **ESTATE NO.** 00000W106725 _____

2.    Except for a bona fide sale or a transfer to a person exempted from inheritance tax pursuant to Code, Tax General Article, §7-203, within two years before death did the decedent make any transfer of any material part of the decedent's property in the nature of a final disposition or distribution, including any transfer that resulted in joint ownership of property?

☐ No   *Unknown* ☐ Yes    **If yes, give the following information as to each transfer:**

| Date of Transfer | Name, Address, and Relationship of Transferee | Nature of Property Transferred | Total Value of Property |
|---|---|---|---|
| | *Unknown* | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

3.    Except for interests passing to a person exempted by Code, Tax General Article, §7-203, at the time of death did the decedent have (a) any interest less than absolute in real or personal property over which the decedent retained dominion while alive, including P. O. D. account, (b) any interest in any annuity or other public or private employee pension or benefit plan, (c) any interest in real or personal property for life or for a term of years, or (d) any other interest in real or personal property less than absolute, in trust or otherwise?

☐ No *Unknown* ☐ Yes    **If yes, give the following information as to each interest:**

| Description of Interest and Amount or Value | Date and Type of Instrument Establishing Interest | Name, Address, and Relationship of Successor, Owner, or Beneficiary |
|---|---|---|
| | *Unknown* | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

| _____ | _____ 2/14/22 |
|---|---|
| Attorney | Personal Representative    Date<br>Ty Clevenger |
| _____ | _____ |
| Address | Personal Representative      Date |
| _____ | _____ |
| Telephone Number | Personal Representative      Date |
| _____ | |
| Facsimile Number | |
| _____ | |
| Email Address | |

RW1124    Page 2 of 2

ROWNET
1/1/2016
PDF

✳ ✳ ✳

MARYLAND REGISTER OF WILLS
Document Request
**Estate Number: W106725**
County: MONTGOMERY COUNTY
Decedent: WILLIAM C CARTINHOUR JR
Date of Death: 3/29/2021

| Filed On | Docket# | Code | Description | Page(s) |
|---|---|---|---|---|
| 03/22/2022 | 14 | 1274 | REGISTER OF WILLS' MEMORANDUM - INCOMPLETE FILING - NO PERSONAL REPRESENTATIVE APPOINTED | 1 |

# [Docket # 14]

✳ ✳ ✳

# *Register of Wills for Montgomery County, Maryland*

| | | |
|---|---|---|
| JOSEPH M GRIFFIN<br>REGISTER OF WILLS | 50 MARYLAND AVENUE<br>NORTH TOWER 3220<br>ROCKVILLE, MARYLAND 20850-2397 | TELEPHONE<br>(240) 777-9820<br>FAX (240) 777-9602 |

## <u>*NEW PROCEEDINGS DIVISION MEMORANDUM*</u>

**Estate Of:** William Cartinhour, Jr

**Estate No:** W106725

**Date:** March 22, 2022

**An appropriate proceeding can not be established until the following additional information is received:**

☐ **Original Last Will and Testament**　　☒ **Updated (amended) List of Interested Persons**

☐ **BOND**　　☐ **Value of assets**

☐ **Notice of Appointment and Notice to Creditors**　　☐ **Appointment of Resident Agent**

☐ **Filing fee**　　☐ **Consent to Appointment of Personal Rep. From:**

☐ **Original signature(s) of personal representative and/or attorney for estate on the following document(s):**

☒ **Other:** Please file an amended scheudle B (form 1137), listing all of the probate assets. you may need to contact the guardian to determine the remaining assets in the guardianship. Also, if you have attempted to locate the proper heirs and legatees, please file an affidavit stating that (form 1151).

additional fees will be due once you determine the value of the probate assets.

| | |
|---|---|
| **Small Estate Fees** | |
| **Controversial Fees** | |
| **Exemplified Copy Fees** | |
| **Limited Order** | |
| **Letters of Administration** | |
| **Total** | $0.00 |

**By:** _Dylan Rawls_, **Deputy Register of Wills**

## WHEN RESPONDING, PLEASE RETURN A COPY OF THIS MEMORANDUM

DEPUTY/DEPMEMO.DOT<br>3/24/97<br>**1274**

✳ ✳ ✳

MARYLAND REGISTER OF WILLS
Document Request
**Estate Number: W106725**
County: MONTGOMERY COUNTY
Decedent: WILLIAM C CARTINHOUR JR
Date of Death: 3/29/2021

| Filed On | Docket# | Code | Description | Page(s) |
|----------|---------|------|-------------|---------|
| 04/13/2022 | 17 | 1104 | LIST OF INTERESTED PERSONS (8 ) | 3 |

# [Docket # 17]

✳ ✳ ✳

**IN THE ORPHANS' COURT FOR**

*(OR)*

**BEFORE THE REGISTER OF WILLS FOR**

Montgomery County _____, **MARYLAND**

*REGISTER OF WILLS — Received APR 13 2022 — MONTGOMERY CO.*

IN THE ESTATE OF:
William C. Cartinhour, Jr

ESTATE NO. W106725

# LIST OF INTERESTED PERSONS

| Name (and age if under 18 years) | Last Known Address including Zip Code | Specify: Heir/Legatee/ Personal Representative | Relationship to Decedent |
|---|---|---|---|
| Frederick E. Edwords | 7842 Jacobs Drive Greenbelt, MD 20770 | Personal Representative | Friend |
| Vesna Kustdic | 3309 Wyndham Cir. #2172 Alexandria, VA 22302 | Legatee | Friend |
| American Humanist Association | 1821 Jefferson Place, N.W. Washington, DC 20036 | Legatee | Charity |
| Marie Cartinhour Woods | Predeceased | Heir | Sister |
| Ellen Woods | 7 Vista Way Fairfax, CA 94930 | Heir | Niece |
| Margaret Woods | 2626 Clifftops Avenue Monteagle, TN 37356 | Heir | Niece |

I solemnly affirm under the penalties of perjury that the contents of the foregoing list of interested persons are true to the best of my knowledge, information, and belief.

Attorney Victor A. Lembo, Esquire
658 Kenilworth Dr., Ste. 203
Address
Towson, MD 21204

(443) 470-3599
Telephone Number
(443)269-0090
Facsimile Number
office@stoufferlegal.com
Email Address

_____  3-21-22
Petitioner/Personal Representative          Date
Frederick E. Edwords

_____  _____
Petitioner/Personal Representative          Date

_____  _____
Petitioner/Personal Representative          Date

## Instructions:

1. Interested persons include decedent's heirs (surviving spouse, children, and other persons who would inherit if there were no will) and, if decedent died with a will, the personal representative named in the will and all legatees (persons who inherit under the will). All heirs must be listed even if decedent dies with a will.

2. This list must be filed (a) within 20 days after appointment of a personal representative under administrative probate or (b) at the time of filing a Petition for Judicial Probate or a Petition for Administration of a Small Estate.

RW1104

ROWNET
1/1/2016
PDF




**IN THE ORPHANS' COURT FOR**

*(OR)*

**BEFORE THE REGISTER OF WILLS FOR** ☐ Montgomery County ☑ , **MARYLAND**

*[Stamp: REGISTER OF WILLS Received APR 13 2022 MONTGOMERY CO.]*

IN THE ESTATE OF:
William C. Cartinhour, Jr.

ESTATE NO. W106725

## LIST OF INTERESTED PERSONS

| Name (and age if under 18 years) | Last Known Address including Zip Code | Specify: Heir/Legatee/ Personal Representative | Relationship to Decedent |
|---|---|---|---|
| Caroline Woods | 2331 Lakeshore Drive Monteagle, TN 37356 | Heir | Niece |
| Kathleen Woods (2 children) | predeceased | Heir | Niece |
| Cecil Van Devender Woods | 3610 Pilcher Avenue Nashville, TN 37209 | Heir | Great Nephew |
| Josephine Van Devender Ward | 606 Estes Road, Apt. 1619 Nashville, TN 37215 | Heir | Great Niece |
| | | | |
| | | | |
| | | | |

I solemnly affirm under the penalties of perjury that the contents of the foregoing list of interested persons are true to the best of my knowledge, information, and belief.

Attorney Victor A. Lembo, Esquire
658 Kenilworth Drive, Ste. 203
_____
Address
Towson, MD 21204

443-470-3599
_____
Telephone Number
443-269-0090
_____
Facsimile Number
office@stoufferlegal.com
_____
Email Address

*[Signature]* 3-21-22
_____
Petitioner/Personal Representative        Date
Frederick E. Edwords

_____
Petitioner/Personal Representative        Date

_____
Petitioner/Personal Representative        Date

## Instructions:

1.  Interested persons include decedent's heirs (surviving spouse, children, and other persons who would inherit if there were no will) and, if decedent died with a will, the personal representative named in the will and all legatees (persons who inherit under the will). All heirs must be listed even if decedent dies with a will.

2.  This list must be filed (a) within 20 days after appointment of a personal representative under administrative probate or (b) at the time of filing a Petition for Judicial Probate or a Petition for Administration of a Small Estate.

RW1104

ROWNET
1/1/2016
PDF

4/14/22, 9:57 AM                    List of Interested Persons Worksheet

    Estate Name:  William CartinhourJr

    Estate No.: W106725

Did the decedent have a surviving **spouse** as of date of death? ☐Yes ☑No ☐Don't Know
   If spouse is deceased please provide date of death :  never married
Did the decedent have any **children**? ☐Yes ☑No ☐Don't Know
Are either of the decedent's **parents** living? ☐Yes ☑No ☐Don't Know
Did the decedent have any **siblings** living or deceased? ☑Yes ☐No ☐Don't Know
Are all, some or none of the **siblings** living? ☐All ☑Some ☐None ☐Don't Know
   Name:  sister predeceased                          Date of death:
   Name:                                             Date of death:
Do any of the predeceased relatives asked in the previous question have **surviving issue**? ☑Yes ☐No ☐Don't Know
Does the decedent own real property in Maryland? ☐Yes ☐No

☐INTESTATE     ☑TESTATE

ADDITIONAL INFORMATION:




Complete for TESTATE ONLY

☐ Legatee Predeceased: (not conditioned on survival)
☐ Legatee Predeceased or survived by less than 30 days or period stated in will (conditional on survival)
☐ Legatee survives by 30 days but died prior to distribution:
☐ Legatees with age requirements regarding distribution:
Note: Provide the relationship of each issue to a deceased or predeceased heir or legatee.

☐Mail      ☐ In Person         | Dylan Rawls                          ▾ |
         ☐ Phone          Deputy Register of Wills

✳ ✳ ✳

MARYLAND REGISTER OF WILLS
Document Request
**Estate Number: W106725**
County: MONTGOMERY COUNTY
Decedent: WILLIAM C CARTINHOUR JR
Date of Death: 3/29/2021

| Filed On | Docket# | Code | Description | Page(s) |
|---|---|---|---|---|
| 4/14/2022 | 19 | 1114 | NOTICE OF APPOINTMENT, NOTICE TO CREDITORS, NOTICE TO UNKNOWN HEIRS | 1 |

# [Docket # 19]

✳ ✳ ✳

(FILE IN DUPLICATE)

VICTOR A LEMBO
STOUFFER LEGAL LLC
658 KENILWORTH DRIVE #203
TOWSON, MD 21204
(name and address of attorney)

# NOTICE OF APPOINTMENT
# NOTICE TO CREDITORS
# NOTICE TO UNKNOWN HEIRS

To all persons interested in the estate of
**WILLIAM C CARTINHOUR JR**                                          ESTATE NO. **W106725**
AKA: WILLIAM CARL CARTINHOUR JR
Notice is given that: (name and address)

FREDERICK E EDWORDS
7842 JACOBS DR.
GREENBELT, MD 20770

was on      APRIL 14, 2022      appointed Personal Representative of the estate of: WILLIAM C CARTINHOUR JR
                (date)

who died on      MARCH 29, 2021      with a will.
                    (date)

Further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative or the attorney.

All persons having any objection to the appointment (or to the probate of the decedent's will) shall file their objections with the Register of Wills on or before the     14th     day of     OCTOBER     ,     2022     .
                                                        (6 months from date of appointment)

Any person having a claim against the decedent must present the claim to the undersigned personal representative or file it with the Register of Wills with a copy to the undersigned on or before the earlier of the following dates:

(1) Six months from the date of the decedent's death; or

(2) Two months after the personal representative mails or otherwise delivers to the creditor a copy of this published notice or other written notice, notifying the creditor that the claim will be barred unless the creditor presents the claims within two months from the mailing or other delivery of the notice. A claim not presented or filed on or before that date, or any extension provided by law, is unenforceable thereafter. Claim forms may be obtained from the Register of Wills.

Name of newspaper designated by personal representative:   GREATER OLNEY NEWS

Date of publication: APRIL 27, 2022

FREDERICK E EDWORDS
_____
Personal Representative
_____
Personal Representative

**True Test Copy**
Name and Address of Register of Wills for Montgomery County

*Joseph M. Griffin*

JOSEPH M GRIFFIN
50 MARYLAND AVENUE NORTH TOWER 3220
ROCKVILLE, MD 20850-2397

RW1114
Rev. 10/01/2020

PUBLISH THREE TIMES

ROWNET
11/2009

✳ ✳ ✳

MARYLAND REGISTER OF WILLS
Document Request
**Estate Number: W106725**
County: MONTGOMERY COUNTY
Decedent: WILLIAM C CARTINHOUR JR
Date of Death: 3/29/2021

| Filed On | Docket# | Code | Description | Page(s) |
|----------|---------|------|-------------|---------|
| 08/12/2022 | 25 | 1124 | INFORMATION REPORT | 2 |

# [Docket # 25]

✳ ✳ ✳

IN THE ORPHANS' COURT FOR MONTGOMERY COUNTY, MARYLAND
IN THE ESTATE OF WILLIAM C. CARTINHOUR, JR

Date of Death:                                    ESTATE NO. W106725
                                                              3/29/2021
                                                          *With a Will*

## INFORMATION REPORT

1.a.  At the time of death did the decedent have any interest as a joint owner (other than with a person exempted from inheritance tax by Code, Tax General Article, §7-203) in any real or leasehold property located in Maryland or any personal property, including accounts in a credit union, bank, or other financial institution?

[ x ]   No     [   ]   Yes          **If yes, give the following information as to all such jointly owned property:**

| Name, Address, and Relationship of Joint Owner | Nature of Property | Total Value of Property |
|---|---|---|
|  |  |  |

1.b.  At the time of death did the decedent have any interest in any real or leasehold property located outside of Maryland either in the decedent's own name or as a tenant in common?

[ x ]   No     [   ]   Yes          **If yes, give the following information as to such property:**

| Address, and Nature of Property | Case Number, Names, and Location of Court Where Any Court Proceeding Has Been Initiated With Reference to the Property |
|---|---|
|  |  |



**RW1124    Page 1 of 10**

**ESTATE OF WILLIAM C. CART ESTATE NO.**

2.   Except for a bona fide sale or a transfer to a person exempted from inheritance tax pursuant to Code, Tax General Article, §7-203, within two years before death did the decedent make any transfer of any material part of the decedent's property in the nature of a final disposition or distribution, including any transfer that resulted in joint ownership of property?

[ x ]  No   [  ]  `If yes, give the following information as to each transfer:

| Date of Transfer | Name, Address, and Relationship of Transferee | Nature of Property Transferred | Total Value of Property |
|---|---|---|---|
| | | | |

3.   Except for interests passing to a person exempted by Code, Tax General Article, §7-203, at the time of death did the decedent have (a) any interest less than absolute in real or personal property over which the decedent retained dominion while alive, including P. O. D. account, (b) any interest in any annuity or other public or private employee pension or benefit plan, (c) any interest in real or personal property for life or for a term of years, or (d) any other interest in real or personal property less than absolute, in trust or otherwise?

[ x ]  No   [  ]  Yes If yes, give the following information as to each interest:

| Description of Interest and Amount or Value | Date and Type of Instrument Establishing Interest | Name, Address, and Relationship of Successor, Owner, or Beneficiary |
|---|---|---|
| | | |

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

| | |
|---|---|
| _(signature)_ | _(signature)_ Frederick E. Edwords   7-28-22 |
| Attorney Victor A. Lembo, Esquire | Personal Representative, Frederick E. Edwords   Date |
| 658 Kenilworth Dr., Ste. 203 | |
| Address | Personal Representative   Date |
| Towson, MD 21204 | |
| | Personal Representative   Date |
| (443) 470-3599 | |
| Telephone Number | |
| office@stoufferlegal.com | |
| Email Address | |

RW1124   Page 2 of 10

❋ ❋ ❋

MARYLAND REGISTER OF WILLS
Document Request
**Estate Number: W106725**
County: MONTGOMERY COUNTY
Decedent: WILLIAM C CARTINHOUR JR
Date of Death: 3/29/2021

| Filed On | Docket# | Code | Description | Page(s) |
|---|---|---|---|---|
| 08/12/2022 | 26 | 1122 | INVENTORY | 9 |

# [Docket # 26]

❋ ❋ ❋

IN THE ORPHANS' COURT FOR MONTGOMERY COUNTY, MARYLAND
IN THE ESTATE OF WILLIAM C. CARTINHOUR, JR             ESTATE NO. W106725

Date of Death:        3/29/2021

## INVENTORY
## Summary

| Schedule | Type of Property | Appraised Value |
|----------|------------------|-----------------|
| A | Real | $          - |
| B | Leasehold | $          - |
| C | Tangible personal | $          - |
| D | Corporate stocks | $          - |
| E | Bonds, notes, mortgages, debts due to the decedent | $          - |
| F | Bank accounts, savings and loan accounts, cash | $          - |
| G | All other interests | $          - |
| | Total | $0.00 |

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief and that any property valued by me which I have authority as personal representative to appraise has been valued completely and correctly in accordance with law.

Attorney Victor A. Lembo, Esquire
658 Kenilworth Dr., Ste. 203
Address
Towson, MD 21204

(443) 470-3599
Telephone Number
office@stoufferlegal.com
Email Address

Personal Representative, Frederick E. Edwords        7-28-22        Date

Personal Representative        Date

Personal Representative        Date

RW1123

# INVENTORY
## Supporting Schedule

Inventory of Estate of William C. Cartinhour, Jr
Estate No. W106725

### SCHEDULE A - Real Property

| Item No. | Description | Market Value |
|----------|-------------|--------------|
| | | |

| | | Total | $ | -- |

**Verification of appraiser other than personal representative, if not supplied separately:**

I solemnly affirm under the penalties of perjury that I appraised the property listed on this schedule on the

_____ day of _____, _____, and that the appraisal was done impartially and to the best of my skill and judgement.

_____
Signature of appraiser

_____
Printed Name

_____
Address

**Instructions:**

Pursuant to Code, Estates and Trusts Article §7-201.

1. Describe each item in reasonable detail, and indicate its appraised gross market value as of the date of death of the decedent.
2. If an item is encumbered, show the type and amount of any encumbrance in the description.
3. For real and leasehold property, give a description sufficient to identify the property and the title reference by liber and folio.
4. In listing tangible personal property it is not necessay to list wearing apparel other than furs and jewelry.

RW1123

# INVENTORY
## Supporting Schedule

Inventory of Estate of William C. Cartinhour, Jr
Estate No. W106725

### SCHEDULE B - Leasehold

| Item No. | Description | Market Value |
|----------|-------------|--------------|
|          |             |              |

|  | Total | $ | - |
|--|-------|---|---|

**Verification of appraiser other than personal representative, if not supplied separately:**

I solemnly affirm under the penalties of perjury that I appraised the property listed on this schedule on the

_____ day of _____, _____, and that the appraisal was done impartially and to the best of my skill and judgement.

| _____ | _____ |
|---------------------------|---------------------------|
| Signature of appraiser | Printed Name |

| | _____ |
|--|--------------------------|
| | Address |

### Instructions:

Pursuant to Code, Estates and Trusts Article §7-201.
1. Describe each item in reasonable detail, and indicate its appraised gross market value as of the date of death of the decedent.
2. If an item is encumbered, show the type and amount of any encumbrance in the description.
3. For real and leasehold property, give a description sufficient to identify the property and the title reference by liber and folio.
4. In listing tangible personal property it is not necessay to list wearing apparel other than furs and jewelry.

RW1123

# INVENTORY
## Supporting Schedule

Inventory of Estate of William C. Cartinhour, Jr
Estate No. W106725

### SCHEDULE C - Tangible personal

| Item No. | Description | Market Value |
|----------|-------------|--------------|
|          |             |              |

|  | Total | $ | - |
|--|-------|---|---|

**Verification of appraiser other than personal representative, if not supplied separately:**

I solemnly affirm under the penalties of perjury that I appraised the property listed on this schedule on the

_____ day of _____, _____, and that the appraisal was done impartially and to the best of my skill and judgement.

_____          _____
Signature of appraiser                                                    Printed Name

_____
Address

**Instructions:**

Pursuant to Code, Estates and Trusts Article §7-201.

1. Describe each item in reasonable detail, and indicate its appraised gross market value as of the date of death of the decedent.
2. If an item is encumbered, show the type and amount of any encumbrance in the description.
3. For real and leasehold property, give a description sufficient to identify the property and the title reference by liber and folio.
4. In listing tangible personal property it is not necessay to list wearing apparel other than furs and jewelry.

RW1123

# INVENTORY

## Supporting Schedule

Inventory of Estate of William C. Cartinhour, Jr
Estate No. W106725

### SCHEDULE D - Corporate stocks

| Item No. | Description | Market Value |
|----------|-------------|--------------|
|          |             |              |
|          | Total       | $            —|

**Verification of appraiser other than personal representative, if not supplied separately:**
    I solemnly affirm under the penalties of perjury that I appraised the property listed on this schedule on the

_____ day of _____, _____, and that the appraisal was done impartially and to the best of my skill and judgement.

| Signature of appraiser | Printed Name |
|------------------------|--------------|
|                        | Address      |

**Instructions:**

Pursuant to Code, Estates and Trusts Article §7-201.
1. Describe each item in reasonable detail, and indicate its appraised gross market value as of the date of death of the decedent.
2. If an item is encumbered, show the type and amount of any encumbrance in the description.
3. For real and leasehold property, give a description sufficient to identify the property and the title reference by liber and folio.
4. In listing tangible personal property it is not necessary to list wearing apparel other than furs and jewelry.

RW1123

# INVENTORY
## Supporting Schedule

Inventory of Estate of William C. Cartinhour, Jr
Estate No. W106725

### SCHEDULE E - Bonds, notes, mortgages, debts due to the decedent

| Item No. | Description | Market Value |
|----------|-------------|--------------|
|          |             |              |

|  | Total | $ | - |
|--|-------|---|---|

**Verification of appraiser other than personal representative, if not supplied separately:**

I solemnly affirm under the penalties of perjury that I appraised the property listed on this schedule on the

_____ day of _____, _____, and that the appraisal was done impartially and to the best of my skill and judgement.

_____          _____
Signature of appraiser                              Printed Name

                                                        _____
                                                        Address

**Instructions:**

Pursuant to Code, Estates and Trusts Article §7-201.

1. Describe each item in reasonable detail, and indicate its appraised gross market value as of the date of death of the decedent.
2. If an item is encumbered, show the type and amount of any encumbrance in the description.
3. For real and leasehold property, give a description sufficient to identify the property and the title reference by liber and folio.
4. In listing tangible personal property it is not necessay to list wearing apparel other than furs and jewelry.

RW1123

# INVENTORY
## Supporting Schedule

Inventory of Estate of William C. Cartinhour, Jr
Estate No. W106725

### SCHEDULE F - Bank accounts, savings and loan accounts, cash

| Item No. | Description | Market Value |
|----------|-------------|--------------|
|          |             |              |

Total    $    -

**Verification of appraiser other than personal representative, if not supplied separately:**

I solemnly affirm under the penalties of perjury that I appraised the property listed on this schedule on the

_____ day of _____, _____, and that the appraisal was done impartially and to the best of my skill and judgement.

_____
Signature of appraiser

_____
Printed Name

_____
Address

### Instructions:

Pursuant to Code, Estates and Trusts Article §7-201.

1. Describe each item in reasonable detail, and indicate its appraised gross market value as of the date of death of the decedent.
2. If an item is encumbered, show the type and amount of any encumbrance in the description.
3. For real and leasehold property, give a description sufficient to identify the property and the title reference by liber and folio.
4. In listing tangible personal property it is not necessay to list wearing apparel other than furs and jewelry.

RW1123

# INVENTORY

## Supporting Schedule

Inventory of Estate of William C. Cartinhour, Jr
Estate No. W106725

### SCHEDULE G - All other interests

| Item No. | Description | Market Value |
|---|---|---|

| | | Total | $ | - |
|---|---|---|---|---|

**Verification of appraiser other than personal representative, if not supplied separately:**

    I solemnly affirm under the penalties of perjury that I appraised the property listed on this schedule on the

_____ day of _____, _____, and that the appraisal was done impartially and to the best of my skill and judgement.

_____          _____
    Signature of appraiser                          Printed Name

                                                              _____
                                                                      Address

#### Instructions:

Pursuant to Code, Estates and Trusts Article §7-201.
1. Describe each item in reasonable detail, and indicate its appraised gross market value as of the date of death of the decedent.
2. If an item is encumbered, show the type and amount of any encumbrance in the description.
3. For real and leasehold property, give a description sufficient to identify the property and the title reference by liber and folio.
4. In listing tangible personal property it is not necessay to list wearing apparel other than furs and jewelry.

RW1123



*W106725*

September 29, 2022

SENT VIA: Email to kdenell@registers.maryland.gov

Montgomery Register of Wills
**Attention: Katie Denell, Auditor**
50 Maryland Avenue
North Tower 3220
Rockville, MD 20850

Re:   **Auditor Response re Inventory Audit**
      **Estate of William C. Cartinhour, Jr. (Estate No:W106725)**

Dear Katie,

I am in receipt of your letter dated September 19, 2022 requesting additional information regarding the Inventory (see attached). Please note that there is litigation whereby the Personal Representative anticipates there may be incoming funds. Please keep the decedent's estate open as a Regular Estate at this time.

Please advise me of any filing issues or contact me if you have any questions or concerns.

Best Regards,

Victor A. Lembo, Esquire

VAL/jlb

Enclosures:
As stated

SCANNED BEHIND #___ *26*



Stouffer Legal, LLC
658 Kenilworth Dr., Suite 203
Towson, Maryland 21204

(443) 470-3599
Fax (443) 269-0090
www.stoufferlegal.com

* * *

MARYLAND REGISTER OF WILLS
Document Request
**Estate Number: W106725**
County: MONTGOMERY COUNTY
Decedent: WILLIAM C CARTINHOUR JR
Date of Death: 3/29/2021

| Filed On | Docket# | Code | Description | Page(s) |
|---|---|---|---|---|
| 08/22/2022 | 28 | 1151 | AFFIDAVIT OF ATTEMPTS TO CONTACT, LOCATE, AND IDENTIFY INTERESTED PERSONS | 1 |

# [Docket # 28]

* * *

**IN THE ORPHANS' COURT FOR**
*(OR)*
**BEFORE THE REGISTER OF WILLS FOR**

Montgomery County ☑, MARYLAND

_Received_
AUG 2 2 2022

IN THE ESTATE OF:

William C. Cartinhour, Jr.

ESTATE NO. W106725

# AFFIDAVIT OF ATTEMPTS TO CONTACT, LOCATE, AND IDENTIFY INTERESTED PERSONS

I,   Frederick E. Edwords                                                                         , am: (check one)

☑   a party

☐   a person interested in the above-captioned matter

☐   an attorney.

I have reason to believe that the persons listed below are persons interested

in the estate of   William C. Cartinhour, Jr.

(Provide any information you have).

| Name | Relationship | Address |
|------|--------------|---------|
| Vesna Kustadic | Friend/Legatee | Unknown |
| | | |
| | | |
| | | |

I have made a good faith effort to contact, locate, or identify the persons listed above by the following means:

Personal Representative does not know the whereabouts of Vesna Kustdic.  I have exhausted attempts to source this information the following ways: contact other family members, publicly listed numbers, and public property deed records.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

_Signature_  Frederick E. Edwords          _Date_  August 4, 2022

RW1151
Rev. 01/01/2016

ROWNET
PDF



✳ ✳ ✳

MARYLAND REGISTER OF WILLS
Document Request
**Estate Number: W106725**
County: MONTGOMERY COUNTY
Decedent: WILLIAM C CARTINHOUR JR
Date of Death: 3/29/2021

| Filed On | Docket# | Code | Description | Page(s) |
|----------|---------|------|-------------|---------|
| 10/04/2022 | 32 | 2001 | INVENTORY STATUS | 1 |

# [Docket # 32]

✳ ✳ ✳

# Register of Wills for Montgomery County, Maryland

JOSEPH M GRIFFIN
REGISTER OF WILLS

50 MARYLAND AVENUE
NORTH TOWER 3220
ROCKVILLE, MARYLAND 20850-2397

TELEPHONE
(240) 777-9640
FAX (240) 777-9602

## Inventory Status

Estate of: William C. Cartinhour, Jr.

Estate Number: W106725

Date: October 3, 2022

After review of the Inventory filed in the above referenced estate, it has been determined that:

☒ The Inventory filed on August 12, 2022 was reviewed and sent to file.

☐ The _____ Inventory filed on _____ was reviewed and sent to file.

**Other :** Supplemental Inventory will be filed once the amount received from litigation is determined.

Financial Analysis Division
Inventories
By:

**Katie Denell, Auditor**
kdenell@registers.maryland.gov

NON PROBATE/INVSTAT.DOT
1/97
**2001**

✳ ✳ ✳

MARYLAND REGISTER OF WILLS
Document Request
**Estate Number: W106725**
County: MONTGOMERY COUNTY
Decedent: WILLIAM C CARTINHOUR JR
Date of Death: 3/29/2021

| Filed On | Docket# | Code | Description | Page(s) |
|----------|---------|------|-------------|---------|
| 02/08/2023 | 34 | 1383 | FIRST ACCOUNT | 11 |

# [Docket # 34]

✳ ✳ ✳

# REGISTER OF WILLS AUDITOR'S REPORT

Regular Estate ☐
Modified Estate ☐

Final Report Due on or Before: _____ Ext:☐
( 10 Months from Date of Appointment of PR; 90 day ext. w/consent)

ESTATE OF: _William C. Cartinhour, Jr_
ESTATE NO: _W106725_

DATE: _2/22/23_

Will Dated: _7/28/15_   Intestate: ☐

DATE OF DEATH: _3/9/21_

Codicils: _____
Proof of Publication:☐
List of Interested Persons: Addresses Verified ☐
Notices Sent ☐        Notices Waived ☐

FUNERAL ORDER: n/a ☐  attached ☐  will directs ☐

Tax Clause: Yes ☐ No ☐

Date of Appointment of PR: _4/14/22_
Objections Period: _10/14/22_

Disclaimer Filed: ☐   Spousal Election Filed: ☐

Claims Period: _9/9/21_
Claims Filed: _2 claims - Satisfied -_

TOTAL GROSS ESTATE: _____

Probate Fees: $ _____        Paid:☐ Claimed:☐

Maximum Allowable: _____

Information Report:   Filed ☐   No Tax Due ☐
Billed ☐       Paid: Yes☐ No ☐

Commissions Previously Claimed: _____
Commissions Claimed This Account: _____

Comptroller Notified for MET: ☐
Modified Distributions Must be Made on or Before:

Attorney Fees Previously Claimed: _____
Attorney Fees Claimed This Account: _____

Total Fees and Commissions Claimed: _____

Show Cause Hearing: ☐

Consents Filed: ☐   Petition: ☐

## DISTRIBUTION & TAX WORKSHEET

Pink Slip: ☐     ☐ AR INVOICE # _____

- R&R to American Humanist Fdn.
  L TPP to friend

Settlement owed
to Estate
Supp. Inventory to be filed
when value is determined

| DISTRIBUTIONS MADE IN THIS ACCOUNT: |
| Exempt: _____ |
| Direct Distributions: _____ |
| Tax due at ___%: _____ |
| Collateral Distributions: _____ |
| Tax due at __% _____ |
| BALANCE FORWARD: |
| Principal: $ _____ |
| Income: $ _____ |
| Total Balance Forward: |
| $ _____ |
| _1st_ _____ ACCOUNT |

Auditor: _____

IN THE ORPHANS' COURT FOR MONTGOMERY COUNTY, MARYLAND

ESTATE OF WILLIAM C. CARTINHOUR, JR.

ESTATE NO. W106725

Date of Death:    Monday, March 29, 2021

### FIRST AND NOT FINAL ACCOUNT
of Frederick E. Edwords, Personal Representative
for the period beginning March 29, 2021 and ending November 30, 2022

| SUMMARY OF TRANSACTIONS | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| Total Beginning Balance from SCHEDULE 1 | $ - | $ - |
| Total Miscellaneous Principal Receipts from SCHEDULE 2 | $ - | $ - |
| Total Changes In Assets from SCHEDULE 3 | $ - | $ - |
| Total Income from SCHEDULE 4 | $ - | $ - |
| Total Disbursements from SCHEDULE 5 | $ - | $ - |
| Total Distributions & Inheritance Tax from SCHEDULE 6 | $ - | $ - |
| Total Balance Retained For Future Accounting from SCHEDULE 7 | $ - | $ - |
| TOTALS | $ - | $ - |
| | Difference | $ - |

**SCHEDULE 1 - Beginning Balance**

<u>ASSETS PER INVENTORY</u>

Schedule

| | | | | |
|---|---|---|---|---|
| A | Real Property | $ | | - |
| B | Leasehold | $ | | - |
| C | Tangible Personal Property | $ | | - |
| D | Corporate Stocks | $ | | - |
| E | Bonds, Notes, Mortgages, Debts | $ | | - |
| F | Bank Accounts, Savings & Loan Accounts, Cash | $ | | - |
| G | All Other Interests | $ | | - |
| TOTAL | | $ | | - |

Inventories Included:

## SCHEDULE 2 - Miscellaneous Principal Receipts

Date        Description                                          Amount

TOTAL                                                      $          -

**SCHEDULE 3 - Changes in Assets**
**Including Gains and Losses**

| Date | Description | Inventory Value | Cash Value | Gain/Loss |
|------|-------------|-----------------|------------|-----------|
| TOTAL | | | | $         - |

**SCHEDULE 4 - Income**

<u>Dividends</u>
Date            Description                                              Amount

<u>Interest</u>
Date            Description                                              Amount

<u>Rental</u>
Date            Description                                              Amount

<u>Other Income</u>
Date            Description                                              Amount

TOTAL                                                                    $            -

## SCHEDULE 5 - Disbursements

Date Paid
4/4/2022    *Nominal Bond issued by Lentz Insurance paid by Frederick E. Edwords*
4/4/2022    *Notice to Creditor published by The Greater Olney News paid by Frederick E. Edwords*

| Check No. | Date Paid | Payee and Nature of Expense | Amount |
|---|---|---|---|
| | | Balance Forward | $          - |

## SCHEDULE 5 - Disbursements (continued)

*Note: The following expenses will be paid upon approval of accounting.*

Balance Forward                                              $            -

| Check No. | Date Paid | Payee and Nature of expense | Amount |
|-----------|-----------|-----------------------------|--------|
|           |           |                             |        |

| Check No. | Date Paid | Payee and Nature of expense | Amount |
|-----------|-----------|-----------------------------|--------|
|           |           | TOTAL DISBURSEMENTS         | $    - |

## SCHEDULE 6 - Distribution and Inheritance Tax

| | | Non-taxed Interest | Taxable Balance | Distributable Amount |
|---|---|---|---|---|
| Available balance for distribution: Sum of schedules 1,2,3 & 4, minus Schedule 5 | $     - | | | |

TOTAL DISTRIBUTIONS AND INHERITANCE TAX           $    -

Computation of total fees and inheritance tax due to Register of Wills and

| | | |
|---|---|---|
| Probate Fees | $ | 50.00 |
| Collateral Inheritance Tax at 10% or 11.111% per Schedule 6 | $ | - |
| TOTAL PAID HEREWITH BY CHECK **PAYABLE TO REGISTER OF WILLS** | $ | 50.00 |

**SCHEDULE 7 - Assets Retained for Future Accounting**

<u>Description of Asset:</u>                                    Value at end of accounting period:

    Schedule

| A | Real Property | $ | - |
| B | Leasehold | $ | - |
| C | Tangible Personal Property | $ | - |
| D | Corporate Stocks | $ | - |
| E | Bonds, Notes, Mortgages, Debts | $ | - |
| F | Bank Accounts, Savings & Loan Accounts, Cash | $ | - |
| G | All Other Interests | $ | - |
| | TOTAL BALANCE FORWARD: | $ | - |

Explanation of why it is necessary to retain assets and keep the estate open:  Ongoing Asset Discovery
Litigation Purposes

Estate of William C. Cartinhour, Jr.                Estate No:        W106725

### VERIFICATION OF ACCOUNT
### MD RULE 6-417(b)(9)

   I DO SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING DOCUMENT (ACCOUNT OF PERSONAL REPRESENTATIVE) ARE TRUE AND COMPLETE FOR THE PERIOD COVERED BY THE ACCOUNT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Personal Representative Frederick E. Edwords

### CERTIFICATE OF SERVICE
### MD RULE 6-417(d)

   I HEREBY CERTIFY that on the 6th day of February, 202 3 I delivered or mailed, postage prepaid, a notice to all interested persons listed below or listed by attachment, a notice stating: (1) that an account or affidavit in lieu of account has been filed; (2) that the recipient may file exceptions with the Court within 20 days from the Court's Order approving the account is docketed by the Register of Wills, (3) that further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative or the attorney, (4) that upon request the personal representative shall furnish a copy of the account or affidavit to any interested person who was given notice; and (5) that distribution under the account as approved by the Court will be made within 30 days after the the Order of Court approving the account becomes final.

   Interested persons names and addresses:

   American Humanist Association        1821 Jefferson Place NW
                                        Washington DC 20036

Attorney for the Estate Victor A. Lembo, Esquire
658 Kenilworth Dr., Ste. 203
Towson, MD 21204
(443) 470-3599

✳ ✳ ✳

MARYLAND REGISTER OF WILLS
Document Request
**Estate Number: W106725**
County: MONTGOMERY COUNTY
Decedent: WILLIAM C CARTINHOUR JR
Date of Death: 3/29/2021

| Filed On | Docket# | Code | Description | Page(s) |
|---|---|---|---|---|
| 03/07/2023 | 35 | 1396 | ORDER OF COURT APPROVING FIRST INTERIM ACCOUNT DATED 3/6/23 (JUDGE AYRES) | 1 |

# [Docket # 35]

✳ ✳ ✳

# IN THE ORPHANS' COURT FOR MONTGOMERY COUNTY, MARYLAND

IN THE MATTER OF                          :

THE ESTATE OF                             :                    ESTATE NO:   W106725

WILLIAM C. CARTINHOUR, JR.

## ORDER

On this ___6th___ day of ___March___, __2023__, the foregoing account is approved by the Orphans' Court for Montgomery County, Maryland, subject to exceptions being filed within twenty (20) days after entry of this Order, at which time this Order will be final.


_____
JUDGE

**MARYBETH AYRES**
**JUDGE**  FIRST    ACCOUNT
of Personal Representative


Next Account Due on or before the first to occur of : six months from the signing of this order or nine months after the prior account was filed.


AUDIT/ORDERACC.DOT
11/19/98
**1386 Final Account**
**1396**

SCANNED

35

❋ ❋ ❋

MARYLAND REGISTER OF WILLS
Document Request
**Estate Number: W106725**
County: MONTGOMERY COUNTY
Decedent: WILLIAM C CARTINHOUR JR
Date of Death: 3/29/2021

| Filed On | Docket# | Code | Description | Page(s) |
|----------|---------|------|-------------|---------|
| 10/02/2023 | 38 | 1383 | SECOND ACCOUNT | 11 |

# [Docket # 38]

❋ ❋ ❋

# REGISTER OF WILLS AUDITOR'S REPORT

Regular Estate ☒
Modified Estate ☐

Final Report Due on or Before: _____ Ext:☐
( 10 Months from Date of Appointment of PR; 90 day ext. w/consent)

ESTATE OF: _William C. Catzinburj Jr._

ESTATE NO: _WID6725_                DATE: _10/18/23_

Will Dated: _7/28/15_   Intestate: ☐      DATE OF DEATH: _3/19/21_

Codicils: _____

Proof of Publication: ☐                FUNERAL ORDER:  n/a ☐   attached ☐   will directs ☐

List of Interested Persons: Addresses Verified ☐

Notices Sent ☐        Notices Waived ☐      Tax Clause:  Yes ☐   No ☐

Date of Appointment of PR: _4/14/22_      Disclaimer Filed: ☐     Spousal Election Filed: ☐

Objections Period: _____

                                    TOTAL GROSS ESTATE: _____

Claims Period: _____

Claims Filed: _____                   Probate Fees: $ _____          Paid:☐ Claimed:☐

                                    Maximum Allowable: _____

Information Report:   Filed ☐   No Tax Due ☐      Commissions Previously Claimed: _____

Billed ☐      Paid:  Yes☐ No☐           Commissions Claimed This Account: _____

Comptroller Notified for MET: ☐           Attorney Fees Previously Claimed: _____

Modified Distributions Must be Made on or Before: _____  Attorney Fees Claimed This Account: _____

                                    Total Fees and Commissions Claimed: _____

Show Cause Hearing: ☐                Consents Filed: ☐     Petition: ☐

**DISTRIBUTION & TAX WORKSHEET**      Pink Slip: ☐      ☐ AR INVOICE #_____

_Asset value determination is ongoing_

| DISTRIBUTIONS MADE IN THIS ACCOUNT: |
| --- |
| Exempt: _____ |
| Direct Distributions: _____ |
| Tax due at ___%: _____ |
| Collateral Distributions: _____ |
| Tax due at ___%: _____ |
| **BALANCE FORWARD:** |
| Principal: $ _____ |
| Income:  $ _____ |
| Total Balance Forward: |
| $ _____ |
| 2ⁿᵈ _____ ACCOUNT |

Auditor: _____

Audit/Auditors Report.dot

IN THE ORPHANS' COURT FOR MONTGOMERY COUNTY, MARYLAND

ESTATE OF WILLIAM C. CARTINHOUR, JR.

ESTATE NO. W106725

Date of Death:     Monday, March 29, 2021

**SECOND AND NOT FINAL ACCOUNT**
of Frederick E. Edwords, Personal Representative
for the period beginning November 30, 2022 and ending August 1, 2023

| SUMMARY OF TRANSACTIONS | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| Total Beginning Balance | | |
| from SCHEDULE 1 | $          - | $          - |
| Total Miscellaneous Principal Receipts | | |
| from SCHEDULE 2 | $          - | $          - |
| Total Changes In Assets | | |
| from SCHEDULE 3 | $          - | $          - |
| Total Income | | |
| from SCHEDULE 4 | $          - | $          - |
| Total Disbursements | | |
| from SCHEDULE 5 | $          - | $          - |
| Total Distributions & Inheritance Tax | | |
| from SCHEDULE 6 | $          - | $          - |
| Total Balance Retained For Future Accounting | | |
| from SCHEDULE 7 | $          - | $          - |
| TOTALS | $          - | $          - |
| | Difference | $          - |

38

**SCHEDULE 1 - Beginning Balance**

<u>ASSETS PER INVENTORY  (or assets carried forward from prior accounts)</u>

Schedule

| | | | | |
|---|---|---|---|---|
| A | Real Property | $ | - |
| B | Leasehold | $ | - |
| C | Tangible Personal Property | $ | - |
| D | Corporate Stocks | $ | - |
| E | Bonds, Notes, Mortgages, Debts | $ | - |
| F | Bank Accounts, Savings & Loan Accounts, Cash | $ | - |
| G | All Other Interests | $ | - |
| TOTAL | | $ | - |

Inventories Included:

**SCHEDULE 2 - Miscellaneous Principal Receipts**

Date        Description                                                    Amount
                                                                           _____

TOTAL                                                                      $            -

### SCHEDULE 3 - Changes in Assets
### Including Gains and Losses

| Date | Description | Inventory Value | Cash Value | Gain/Loss |
|------|-------------|-----------------|------------|-----------|
| TOTAL | | | | $          - |

**SCHEDULE 4 - Income**

<u>Dividends</u>
Date          Description                                    Amount

<u>Interest</u>
Date          Description                                    Amount

<u>Rental</u>
Date          Description                                    Amount

<u>Other Income</u>
Date          Description                                    Amount

TOTAL                                               $              -

## SCHEDULE 5 - Disbursements

Date Paid
4/4/2022    *Nominal Bond issued by Lentz Insurance paid by Frederick E. Edwords*
4/4/2022    *Notice to Creditor published by The Greater Olney News paid by Frederick E. Edwords*

| Check No. | Date Paid | Payee and Nature of Expense | Amount |
|---|---|---|---|
|  |  | Balance Forward | $          - |

## SCHEDULE 5 - Disbursements (continued)

*Note: The following expenses will be paid upon approval of accounting.*

Balance Forward                                    $          -

| Check No. | Date Paid | Payee and Nature of expense | Amount |
|---|---|---|---|

| Check No. | Date Paid | Payee and Nature of expense | Amount |
|---|---|---|---|

TOTAL DISBURSEMENTS                          $          -

## SCHEDULE 6 - Distribution and Inheritance Tax

| | | Non-taxed Interest | Taxable Balance | Distributable Amount |
|---|---|---|---|---|
| Available balance for distribution:<br>Sum of schedules 1,2,3 & 4,<br>minus Schedule 5 | $          - | | | |
| | | $          - | | $          - |

| | | | |
|---|---|---|---|
| TOTAL DISTRIBUTIONS AND INHERITANCE TAX | | | $          - |

Computation of total fees and inheritance tax due to Register of Wills and

| | | |
|---|---|---|
| Probate Fees per Schedule 5 | $ | 50.00 |
| Collateral Inheritance Tax at 10%<br>or 11.111% per Schedule 6 | $ | - |
| TOTAL PAID HEREWITH BY CHECK<br>**PAYABLE TO REGISTER OF WILLS** | $ | 50.00 |

**SCHEDULE 7 - Assets Retained for Future Accounting**

<u>Description of Asset:</u>                                     Value at end of accounting period:


    Schedule

A           Real Property                              $            -

B           Leasehold                                  $            -

C           Tangible Personal Property                 $            -

D           Corporate Stocks                           $            -

E           Bonds, Notes, Mortgages, Debts             $            -

F           Bank Accounts, Savings & Loan Accounts, Cash    $            -

G           All Other Interests                        $            -


    TOTAL BALANCE FORWARD:                      $            -

Explanation of why it is necessary to retain assets and keep the estate open:  Ongoing Asset Discovery

Estate of William C. Cartinhour, Jr.                    Estate No:        W106725

## VERIFICATION OF ACCOUNT
### MD RULE 6-417(b)(9)

I DO SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING DOCUMENT (ACCOUNT OF PERSONAL REPRESENTATIVE) ARE TRUE AND COMPLETE FOR THE PERIOD COVERED BY THE ACCOUNT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Personal Representative Frederick E. Edwords

## CERTIFICATE OF SERVICE
### MD RULE 6-417(d)

I HEREBY CERTIFY that on the 28 day of September, 2023 I delivered or mailed, postage prepaid, a notice to all interested persons listed below or listed by attachment, a notice stating: (1) that an account or affidavit in lieu of account has been filed; (2) that the recipient may file exceptions with the Court within 20 days from the Court's Order approving the account is docketed by the Register of Wills, (3) that further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative or the attorney, (4) that upon request the personal representative shall furnish a copy of the account or affidavit to any interested person who was given notice; and (5) that distribution under the account as approved by the Court will be made within 30 days after the the Order of Court approving the account becomes final.

Interested persons names and addresses:

American Humanist Association          1821 Jefferson Place NW
                                       Washington DC 20036

Attorney for the Estate Victor A. Lembo, Esquire
658 Kenilworth Dr., Ste. 203
Towson, MD 21204
(443) 470-3599

✳ ✳ ✳

MARYLAND REGISTER OF WILLS
Document Request
**Estate Number: W106725**
County: MONTGOMERY COUNTY
Decedent: WILLIAM C CARTINHOUR JR
Date of Death: 3/29/2021

| Filed On | Docket# | Code | Description | Page(s) |
|---|---|---|---|---|
| 10/23/2023 | 39 | 1396 | ORDER OF COURT APPROVING SECOND INTERIM ACCOUNT DATED 10/23/23 (JUDGE STORM ) | 1 |

# [Docket # 39]

✳ ✳ ✳

# IN THE ORPHANS' COURT FOR MONTGOMERY COUNTY, MARYLAND

IN THE MATTER OF                          :

THE ESTATE OF                             :          ESTATE NO:   W106725

WILLIAM C. CARTINHOUR, JR.

## ORDER

On this _23rd_ day of _October_, 2023, the foregoing account is approved by the Orphans' Court for Montgomery County, Maryland, subject to exceptions being filed within twenty (20) days after entry of this Order, at which time this Order will be final.

_____
JUDGE

HARRY C. STORM
JUDGE

SECOND    ACCOUNT
of Personal Representative

**Next Account Due on or before the first to occur of : six months from the signing of this order or nine months after the prior account was filed.**

39

AUDIT/ORDERACC.DOT
11/19/98
**1386 Final Account**
**1396**

**----- THIS PAGE INTENTIONALLY BLANK -----**
**(PROOF OF SERVICE FOLLOWS)**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing with any exhibits thereto

has been electronically filed through the court's ECF system and served by ECF service upon the

parties and nonparties indicated below, this day of February 14, 2024, as follows:

<u>By ECF</u>:

    **Christopher Macchiaroli** (Bar No. 491825)
    Silverman, Thompson, Slutkin & White LLC
    1750 K Street, NW, Suite 810
    Washington, DC 20006
    (202) 539-2444
    cmacchiaroli@silvermanthompson.com
    *Counsel for the Estate of William C. Cartinhour, Jr., through its Personal Representative*
    *Frederick E. Edwords*

    **Patrick John Kearney**
    SELZER GURVITCH RABIN &
    OBECNY, CHARTERED
    4416 East West Highway
    Suite 400
    Bethesda, MD 20814-4568
    (301) 986-9600
    Email: pkearney@sgrwlaw.com
    *Counsel for William C. Cartinhour, Jr.*

    **Michael J. Bramnick**
    SELZER GURVITCH RABIN &
    OBECNY, CHARTERED
    (see above for address)
    Email: mbramnick@sgrwlaw.com
    *Counsel for William C. Cartinhour, Jr.*

    **Robert S. Selzer**
    SELZER GURVITCH RABIN &
    OBECNY, CHARTERED
    (see above for address)
    Email: rselzer@sgrwlaw.com
    *Counsel for William C. Cartinhour, Jr.*

                /s/  Wade Robertson_____
                Wade Robertson